# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 08-007 |
| JACOB MITCHELL, | : | |
| *Defendant*. | : | |

## **ORDER**

AND NOW, this 7th day of December, 2020, upon consideration of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. §3582(c)(1)(A)(i) (ECF No. 247), it is hereby ORDERED that said Motion is DENIED with leave to re-file.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II    J.